UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00145-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. PEGGY DERRERA, a/k/a Peggy Lee Jeffries, a/k/a Peggy Lee Hernandez,

 Defendant.

## ORDER

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, May 28, 2012,** and responses to these motions shall be filed by **Monday, June 11, 2012.** It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference will not be set at this time. Should a hearing become necessary, the parties shall contact chambers. It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, July 9, 2012, at 9:00 a.m. in courtroom A-1002.**

Dated: May 7, 2012.

        BY THE COURT:

        s/ Wiley Y. Daniel
        WILEY Y. DANIEL
        CHIEF U. S. DISTRICT JUDGE